UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTIME DATA LLC, | Case No. 18-cv-06029-SI |
| Plaintiff, | Case No. 17-cv-02109-SK |
| v. | Case No. 17-cv-2373-PJH |
| VERITAS TECHNOLOGIES LLC, *et al*, | |
| Defendants. | **ORDER OF REFERRAL** |

Pursuant to Patent Local Rule 2-1(a)(1), the Court *sua sponte* refers this case for a determination of whether this case should be deemed related to *Realtime Data LLC v. Fujitsu America, Inc.*, C 17-cv-2109 SK and/or *Realtime Data LLC v. Silver Peak Sys.*, C 17-cv-2373 PJH, as they involve the same patents (U.S. Patent No. 9,054,728, U.S. Patent No. 9,116,908, and U.S. Patent No. 7,415,530) and were filed within 2 years by the same plaintiff.[1]

The initial case management conference scheduled for November 30, 2018, in *Realtime Data LLC v. Veritas Tech. LLC*, C 18-6029 SI, is VACATED and will be rescheduled after the related case determination is made.

**IT IS SO ORDERED**.

Dated: November 26, 2018

SUSAN ILLSTON
United States District Judge

---

[1] Plaintiff also asserted two additional patents that were also asserted in the *Fujitsu* and *Silver Peak* cases (U.S. Patent Nos. 8,643,513 and 7,161,506), but the parties' case management conference statement states that plaintiff is withdrawing those patents from this case.