UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTIME DATA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERITAS TECHNOLOGIES LLC, *et al.*,<br><br>    Defendants. | Case No. 18-cv-06029-SI<br><br>**ORDER STAYING CASE AND DENYING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS WITHOUT PREJUDICE TO RENEWAL AFTER LIFTING OF STAY**<br><br>Re: Dkt. No. 169 |

At the January 11, 2019, case management conference the Court STAYED this case pending the resolution of the Federal Circuit appeal concerning the '728, '902 ad '530 patents. Accordingly, the Court DENIES defendant's motion for judgment on the pleadings without prejudice to renewal after the Court lifts the stay.

The parties are ordered to file a joint status report every 90 days regarding the status of the Federal Circuit appeal.

**IT IS SO ORDERED**.

Dated: January 14, 2019

                               SUSAN ILLSTON
                               United States District Judge